FIRST NATIONAL BANK AND TRUST COMPANY, TRUSTEE AND RECEIVER OF CENTRAL SECURITIES COMPANY, v. GURNEY P. HOOD, COMMISSIONER OF BANKS, EX REL. CENTRAL BANK AND TRUST COMPANY.

(Filed 21 November, 1934.)

**Appeal and Error J d—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment will be affirmed without becoming a precedent.

SCHENCK, J., took no part in the consideration or decision of this case.

APPEAL by plaintiff from Schenck, J., at May Term, 1934, of BUN-COMBE. Affirmed.

This is a proceeding to recover certain bonds now in the possession of the defendant Commissioner of Banks, who holds the same as assets of the Central Bank and Trust Company of Asheville, N. C., an insolvent banking corporation.

By consent a trial of the issues of fact by a jury was waived. At the request of the parties, the judge heard the evidence and found the facts, and on the facts found by him, and set out in the judgment, it was adjudged that the defendant Commissioner of Banks is the owner and entitled to the possession of the bonds described in the petition.

The plaintiff appealed from the judgment to the Supreme Court, assigning errors in the admission of evidence, and in the findings of fact.

Alfred S. Barnard for petitioner.
Johnson, Rollins & Uzzell for respondent.

PER CURIAM. The Court being evenly divided in opinion, Justice Schenck not sitting, the judgment of the Superior Court is affirmed, and stands as the decision in this proceeding, without becoming a precedent. Nebel v. Nebel, 201 N. C., 840, 161 S. E., 223.

Affirmed.

SCHENCK, J., took no part in the consideration or decision of this case.